| | |
|---|---|
| GLICKMAN & HUGHES, L.L.P.<br>909 Fannin, Suite 3800<br>Houston, Texas 77010<br>(713) 658-1122<br>Julius Glickman<br>(Texas State Bar No. 08030000)<br>Ashton Bachynsky<br>(Texas State Bar No. 24001673)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins | SNITOW KANFER<br>HOLTZER & MILLUS, LLP<br>575 Lexington Avenue, 14th Floor<br>New York, New York 10022<br>(212) 317-8500<br>Alan Heblack (AH 1219)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins |

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT P. "SKIP" CUMMINS,                §   Case No. 07 CV 4633
                                         §
                    Plaintiff,           §
                                         §   **AFFIDAVIT OF**
       - against -                       §   **SERVICE**
                                         §
SUNTRUST CAPITAL MARKETS, INC.,          §
AMIT HAZAN, AND JONATHAN BLOCK,          §
                                         §
                    Defendants.          §

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

      GARTH E. BRYAN, being duly sworn, deposes and says that he is over the age of eighteen years, is a paralegal at Snitow Kanfer Holtzer & Millus, LLP, attorneys for plaintiff Robert P. "Skip" Cummins and is not a party to this action.

      That on the 6th day of June, 2007, at approximately 11:15AM, deponent served a true copy the following: SUMMONS IN A CIVIL CASE, COMPLAINT with EXHIBITS, INDIVIDUAL RULES OF JUDGE JOHN G. KOELTL, INDIVIDUAL RULES OF MAGISTRATE JUDGE FRANCIS, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR

ELECTRONIC CASE FILING and USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING upon AMIT HAZAN c/o CIBC World Markets at 300 Madison Avenue, New York, New York, by personally delivering and leaving the same with him.

AMIT HAZAN is a white male, approximately 43 years of age, stands approximately 5 feet 4 inches tall. He weighs approximately 155 pounds with short gray hair.

_____
GARTH E. BRYAN

Sworn to before me this
7th day of June, 2007

_____
Notary Public
DANIEL KAMINETSKY
Notary Public, State of New York
No. 02KA6094984
Qualified in Westchester County
Commission Expires June 30, 20 07

M:\CLIENT\435\01\Aff.serve.GB.Amit_Hazan.wpd

2