| | |
|---|---|
| GLICKMAN & HUGHES, L.L.P.<br>909 Fannin, Suite 3800<br>Houston, Texas 77010<br>(713) 658-1122<br>Julius Glickman<br>(Texas State Bar No. 08030000)<br>Ashton Bachynsky<br>(Texas State Bar No. 24001673)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins | SNITOW KANFER<br>HOLTZER & MILLUS, LLP<br>575 Lexington Avenue, 14th Floor<br>New York, New York 10022<br>(212) 317-8500<br>Alan Heblack (AH 1219)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins |

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT P. "SKIP" CUMMINS,　　　§　　Case No. 07 CV 4633
　　　　　　　　　　　　　　　　§
　　　　　　　Plaintiff,　　　　　§
　　　　　　　　　　　　　　　　§　　**AFFIDAVIT OF**
　　- against -　　　　　　　　　§　　**SERVICE**
　　　　　　　　　　　　　　　　§
SUNTRUST CAPITAL MARKETS, INC.,　§
AMIT HAZAN, AND JONATHAN BLOCK, §
　　　　　　　　　　　　　　　　§
　　　　　　　Defendants.　　　　§

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　GARTH E. BRYAN, being duly sworn, deposes and says that he is over the age of eighteen years, is a paralegal at Snitow Kanfer Holtzer & Millus, LLP, attorneys for plaintiff Robert P. "Skip" Cummins and is not a party to this action.

　　　　That on the 6th day of June, 2007, at approximately 1:25PM, deponent served a true copy the following: SUMMONS IN A CIVIL CASE, COMPLAINT with EXHIBITS, INDIVIDUAL RULES OF JUDGE JOHN G. KOELTL, INDIVIDUAL RULES OF MAGISTRATE JUDGE FRANCIS, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR

ELECTRONIC CASE FILING and USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING upon Suntrust Capital Markets, Inc. c/o CT Corporation at 111 Eight Avenue, New York, New York, by personally delivering and leaving the same with SETTIE JAIRAM, who informed deponent that she is an employee at CT Corporation and is authorized to receive service for Suntrust Capital Markets, Inc.

SETTIE JAIRAM is of Indian descent, female, approximately 43 years of age, stands approximately 5 feet 9 inches tall. She weighs approximately 165 pounds with black hair.

_____
GARTH E. BRYAN

Sworn to before me this
__7th__ day of June, 2007

_____
Notary Public

DANIEL KAMINETSKY
Notary Public, State of New York
No. 02KA6094984
Qualified in Westchester County
Commission Expires June 30, 20 _07_

M:\CLIENT\435\01\Aff.serve.GB.Settie_Jairam.wpd

2