| | |
|---|---|
| GLICKMAN & HUGHES, L.L.P.<br>909 Fannin, Suite 3800<br>Houston, Texas 77010<br>(713) 658-1122<br>Julius Glickman<br>(Texas State Bar No. 08030000)<br>Ashton Bachynsky<br>(Texas State Bar No. 24001673)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins | SNITOW KANFER<br>HOLTZER & MILLUS, LLP<br>575 Lexington Avenue, 14th Floor<br>New York, New York 10022<br>(212) 317-8500<br>Alan Heblack (AH 1219)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins |

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT P. "SKIP" CUMMINS,   §   Case No. 07 CV 4633
§
    Plaintiff,   §
§   **AFFIDAVIT OF**
- against -   §   **SERVICE**
§
SUNTRUST CAPITAL MARKETS, INC.,   §
AMIT HAZAN, AND JONATHAN BLOCK,   §
§
    Defendants.   §

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

  GARTH E. BRYAN, being duly sworn, deposes and says that he is over the age of eighteen years, is a paralegal at Snitow Kanfer Holtzer & Millus, LLP, attorneys for plaintiff Robert P. "Skip" Cummins and is not a party to this action.

  That on the 6th day of June, 2007, at approximately 12:15PM, deponent served a true copy the following: SUMMONS IN A CIVIL CASE, COMPLAINT with EXHIBITS, INDIVIDUAL RULES OF JUDGE JOHN G. KOELTL, INDIVIDUAL RULES OF MAGISTRATE JUDGE FRANCIS, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR

ELECTRONIC CASE FILING and USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING upon JONATHAN BLOCK c/o SunTrust Robinson Humphrey at 711 5th Avenue, 14th Floor New York, New York, by personally delivering and leaving the same with him.

JONATHAN BLOCK is a white male, approximately 32 years of age, stands approximately 5 feet 10 inches tall. He weighs approximately 165 pounds with short brown hair.

_____
GARTH E. BRYAN

Sworn to before me this
7th day of June, 2007

_____
Notary Public
DANIEL KAMINETSKY
Notary Public, State of New York
No. 02KA6094984
Qualified in Westchester County
Commission Expires June 30, 20__

M:\CLIENT\435\01\Aff.serve.GB.wpd

2