| | |
|---|---|
| GLICKMAN & HUGHES, L.L.P.<br>909 Fannin, Suite 3800<br>Houston, Texas 77010<br>(713) 658-1122<br>Julius Glickman<br>(Texas State Bar No. 08030000)<br>Ashton Bachynsky<br>(Texas State Bar No. 24001673)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins | SNITOW KANFER<br>HOLTZER & MILLUS, LLP<br>575 Lexington Avenue, 14th Floor<br>New York, New York 10022<br>(212) 317-8500<br>Alan Heblack (AH 1219)<br><br>Attorneys for Plaintiff<br>Robert P. "Skip" Cummins |

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROBERT P. "SKIP" CUMMINS,

      Plaintiff,

 - against -

SUNTRUST CAPITAL MARKETS, INC.,
AMIT HAZAN, AND JONATHAN BLOCK,

      Defendants.
------------------------------------------------------------------x

Case No. 07 CV 4633
(JGK) (JCF)

**ORDER OF ADMISSION**
***PRO HAC VICE***

  Upon the Affidavit of Alan Heblack, Esq., a member of the bar of the State of New York, sworn to on June 8, 2007; the Affidavit of Julius Glickman, Esq., dated May 30, 2007, the accompanying certificates of the U.S. District Court for the Southern District of Texas and the Chief Disciplinary Counsel of the State of Texas and the Notice of Motion For Admission *Pro Hac Vice* submitted by the plaintiff, it is hereby

  ORDERED that Julius Glickman, Esq. is admitted to the Court to appear in this action *pro hac vice* and to act as lead counsel on behalf of plaintiff Robert P. "Skip" Cummins.

Dated: New York, New York
   June 20, 2007

                   _____
                   John G. Koeltl, U.S.D.J.