# SCANNED

GLICKMAN & HUGHES, L.L.P.
909 Fannin, Suite 3800
Houston, Texas 77010
(713) 658-1122
Julius Glickman
(Texas State Bar No. 08030000)
Ashton Bachynsky
(Texas State Bar No. 24001673)

Attorneys for Plaintiff
Robert P. "Skip" Cummins

SNITOW KANFER
HOLTZER & MILLUS, LLP
575 Lexington Avenue, 14th Floor
New York, New York 10022
(212) 317-8500
Alan Heblack (AH 1219)

Attorneys for Plaintiff
Robert P. "Skip" Cummins

**THIS DOCUMENT FILED ELECTRONICALLY**

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ROBERT P. "SKIP" CUMMINS,

                Plaintiff,

      - against -

SUNTRUST CAPITAL MARKETS, INC.,
AMIT HAZAN, AND JONATHAN BLOCK,

              Defendants.

-------------------------------------------------------------------x

    :

    :

    :

    :

    :

Case No. 07 CV 4633
(JGK) (JCF)

**NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE***

*Application granted.*
*So ordered.*
*6/20/07 [signature] 6/koelo*
*U.S.D.J.*

PLEASE TAKE NOTICE that upon the annexed Affidavit of Alan Heblack, Esq.,

sworn to on June 8, 2007, and the exhibits annexed thereto, the Affidavit of Ashton C.

Bachynsky, Esq., dated May 30, 2007, a motion will be made by the undersigned pursuant to

Local Civil Rule 1.3 of the Local Rules of the United States District Court for the Southern

District of New York before Judge John G. Koeltl, Room 1030, United States Courthouse, 500

Pearl Street, New York, New York 10007-1312, on a date and time to be set by this Court for an

order of admission permitting Ashton C. Bachynsky, Esq. to appear in this action *pro hac vice* on