UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT P. "SKIP" CUMMINS, | § § | |
| Plaintiff, | § § | |
| vs. | § § | 07-CV-4633 (JGK) |
| SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK, | § § § | **RULE 7.1 STATEMENT** |
| Defendants. | § § | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SunTrust Capital Markets, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

2002 CDC Manager, L.L.C.
2003 CDC Manager, L.L.C.
2004 CDC Manager, L.L.C.
2005 CDC Manager, L.L.C.
2006 CDC Manager, L.L.C.
98-02 CDC Manager, L.L.C.
AL Stores, LP
AMA Holdings, Inc.
AMA/Lighthouse, Inc.
AR Commodores LP
Asset Management Advisors – Eagle, L.L.C.
Asset Management Advisors Atlanta, L.L.C.
Asset Management Advisors of Greater Washington, DC, L.L.C.
Asset Management Advisors Orlando, L.L.C.
Asset Management Advisors, Charlotte L.L.C.
Asset Management Advisors, L.L.C.
Baker Street CLO III Ltd.
Baker Street CLO IV Ltd.
Baker Street CLO V Ltd.
Baker Street Funding, LLC
Bulls Capital Partners, LLC
CB Finance, Inc.

- 2 -

CBP Finance, L.L.C.
CCBDE, Inc
CDC Manager, Inc.**
Central Florida Mortgage Center, L.L.C.
Central PA Mortgage, L.L.C.
CF Adairsville GA Landlord, LLC
CF Finance, L.L.C.
CF Georgetown KY Landlord, LLC
CF Harrodsburg KY Landlord, LLC
CF Jackson OH Landlord, LLC
CF Lexington KY Landlord, LLC
CF Wheelersburg, OH Landlord, LLC
CF Winchester KY Landlord, LLC
Cherokee Insurance Company
Citizens Community Development Company
CM Finance, L.L.C.
CMC Oreo, Inc.
Commerce Real Estate Holding Company
Commodores AR LLC
Commodores Flint, LLC
Convenience Store Bozeman MT, LLC
Convenience Store Fergus Falls MN, LLC
Convenience Store Havre MT #566, LLC
Convenience Store Havre MT #576, LLC
Convenience Store Helena MT #412, LLC
Convenience Store Missoula MT #430, LLC
Convenience Store Missoula MT #435, LLC
Cool Mortgage, L.L.C.
Crestar Capital Trust I
CT Chattanooga TN, LLC
Custom Builder Mortgage, L.L.C.
DC Properties, Inc.
Eastern Virginia Funding, L.L.C.
First Mercantile Trust Company
FleetOne Factoring, Inc.
FleetOne, L.L.C.
FMT Capital Management, Inc.
Gold Service Mortgage, L.L.C.
Green Oak Mortgage, L.L.C.
GWR Financial Services, L.L.C.
Harllon Home Mortgage, L.L.C.
Home Financial Group, L.L.C.
Indy Preferred Mortgage, L.L.C.
JB Financial Group, L.L.C.
Kasalta Miramar, Inc.
Lighthouse Partners, L.L.C.

M Capital Funding, L.L.C.
Madison Insurance Company
MD Properties, Inc.
Mountain View CLO III Ltd.
Mountain View CLO IV Ltd.
National Commerce Bank Services, Inc.
National Commerce Capital Trust I
National Commerce Capital Trust II
National Commerce Real Estate Holding Company
Nature Coast Home Loans, L.L.C.
NBC Investco, Inc.
NBC Management Company, Inc
NBC Market South, Inc.
OakCrest Mortgage, L.L.C.
Ole South Financial, L.L.C.
ONB One Main Landlord, LLC
PAG West Covina CA Landlord, LLC
Paladins 311 Gallatin, LLC
Paladins Georgia, LLC
Parkside Mortgage, L.L.C.
Partnership Mortgage, L.L.C.
PEF St. Petersburg FL, LLC
Polk County Builders Mortgage, L.L.C.
Premium Assignment Corporation
Premium Assignment Corporation, II
Prime Performance, Inc.
Pristine Mortgage, L.L.C.
Regency Constructors, Inc.
Richmond Mortgage Funding, L.L.C.
Rocky Hill Mortgage, L.L.C.
SBS Chesapeake VA Landlord, LLC
SBS Virginia Beach VA Landlord, LLC
Seix Structured Products, LLC
Southland Associates, Inc.
STB Capital, LLC
STB FNC Corporation
STB Holdings (Commercial – FL) TRS, Inc.
STB Holdings (Conforming – GA) TRS, Inc.
STB Holdings (Florida) TRS, Inc.
STB Holdings (Georgia) TRS, Inc.
STB Management Corporation
STB Real Estate (Florida), Inc.
STB Real Estate (Georgia), Inc.
STB Real Estate Holdings (Atlanta), Inc.
STB Real Estate Holdings (Commercial – FL), Inc.
STB Real Estate Holdings (Conforming – FL), Inc.

STB Real Estate Holdings (Conforming – GA), Inc.
STB Real Estate Holdings (Florida), Inc.
STB Real Estate Holdings (Georgia), Inc.
STB Real Estate Holdings (Non-Conforming – FL), Inc.
STB Real Estate Holdings (Non-Conforming – GA), Inc.
STB Real Estate Parent (Florida), Inc.
STB Real Estate Parent (Georgia), Inc.
STB Real Estate Parent (MA), Inc.
STB Receivables (Central Florida), Inc.
STB STR Corporation
STI Investment Management (Collateral), Inc.
STI Investment Management, Inc.
STREIC TRS, Inc.
Sun Home Mortgage, L.L.C.
Sun Partners Mortgage, L.L.C.
SunTrust 1031 Exchange Co.
SunTrust Asia, Limited
SunTrust Asset Funding, LLC
SunTrust Bank
SunTrust Bank Holding Company
SunTrust Banks Trust Company (Cayman) LTD
SunTrust Capital I
SunTrust Capital II
SunTrust Capital III
SunTrust Capital IV
SunTrust Capital IX
SunTrust Capital Markets, Inc.
SunTrust Capital V
SunTrust Capital VI
SunTrust Capital VII
SunTrust Capital VIII
SunTrust Capital X
SunTrust Capital XI
SunTrust Community Development Corporation**
SunTrust Delaware Trust Company
SunTrust Education Financial Services Corporation
SunTrust Equity Funding, LLC
SunTrust Insurance Company
SunTrust Insurance Services, Inc.
SunTrust International Banking Company
SunTrust Investment Services, Inc.
SunTrust Leasing Corporation
SunTrust Lender Management, L.L.C.
SunTrust Mortgage, Inc.
SunTrust Personal Loans, Inc.
SunTrust Plaza Associates, LLC

SunTrust Preferred Capital I
SunTrust Procurement Services, L.L.C.
SunTrust Real Estate Holdings (Mid-Atlantic), Inc.
SunTrust Real Estate Investment Corporation
SunTrust Student Loan Funding, L.L.C.
SunTrust TRS, Inc
SVC Mortgage Group, L.L.C.
Teton Trust Company
Transom Development, Inc.
TransPlatinum Service Corp.
Trusco Capital Management, Inc.
TTC & Co L.L.C.
Turn Key Lending, L.L.C.
Universal Capital Mortgage, L.L.C.
VA Properties, Inc.
ValuTree Real Estate Services, L.L.C.
Virginia First Mortgage Funding, L.L.C.
Willow/Providence Augusta Apartments Owner, LLC
Windstone Mortgage, L.L.C.
Windward Mortgage of Georgia, L.L.C.
Zevenbergen Capital Investments LLC

This 22nd day of June, 2007.

Respectfully submitted,

_____
NELSON A. BOXER (NB 2762)

ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel.  (212) 210-9400
Fax  (212) 210-9444