UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT P. "SKIP" CUMMINS, | § § | |
| Plaintiff, | § § | |
| vs. | § § | 07-CV-4633 (JGK) |
| SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK, | § § § § | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | § | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nelson A. Boxer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Judson Graves
> ALSTON & BIRD, LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, GA 30309
> Tel. (404) 881-7000
> Fax (404) 881-7777

Judson Graves is a member in good standing of the Bar of the States of Georgia and Florida.

There are no pending disciplinary proceedings against Judson Graves in any State or Federal Court.

This 22nd day of June, 2007.

Respectfully submitted,

*[signature]*
NELSON A. BOXER (NB 2762)
90 Park Avenue
New York, New York 10016
Tel. (212) 210-9400
Fax (212) 210-9444
*Attorney for Defendants*

LEGAL02/30411185v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT P. "SKIP" CUMMINS, | § § | |
| Plaintiff, | § § | |
| vs. | § § | 07-CV-4633 (JGK) |
| SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK, | § § § § | **AFFIDAVIT OF NELSON A. BOXER IN SUPPORT OF MOTION TO** |
| Defendants. | § | **ADMIT COUNSEL PRO HAC VICE** |

State of New York  )
                   ) ss:
County of New York )

Nelson A. Boxer, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement in support of Defendants' motion to admit Judson Graves as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1988. Among other jurisdictions, I am admitted to the bar of the United States District Court for the Southern District of New York and I am in good standing with this Court.

3. I have known Judson Graves since approximately May 2005, when I joined Alston & Bird LLP.

4. Mr. Graves is a Partner at Alston & Bird, LLP, in Atlanta, Georgia. A Fellow of the American College of Trial Lawyers, Mr. Graves has been practicing law since 1975 and enjoys an esteemed reputation as a trial attorney.

5. I have found Mr. Graves to be a skilled attorney and a person of integrity. I understand that he is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Judson Graves, *pro hac vice*.

- 2 -

7.   I respectfully submit a proposed order granting the admission of Judson Graves, *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE, it is respectfully requested that the motion to admit Judson Graves, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted. This 22nd day of June, 2007.

Respectfully submitted,

*/s/ Nelson A. Boxer*
NELSON A. BOXER (NB 2762)
90 Park Avenue
New York, New York  10016
Tel.  (212) 210-9400
Fax  (212) 210-9444

Sworn to and subscribed before
me this 22nd day of June, 2007.

*/s/ Audrey C. Jackson*
Notary Public
My Commission Expires:

AUDREY C. JACKSON
Notary Public, State of New York
No. 31-4980961
Qualified in New York County
Commission Expires April 29, 2011



# STATE BAR OF GEORGIA

*Supporting Lawyers' Service to the Public and the Justice System*

Mr. Judson Graves
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     06/12/1975

**Attorney Bar Number:** 305700

Today's Date:     June 14, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law
   in the State of Georgia.
  -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brandy Preston*
Official Representative of the State Bar of Georgia

HEADQUARTERS
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS,<br><br>  Plaintiff,<br><br>vs.<br><br>SUNTRUST CAPITAL MARKETS, INC.,<br>AMIT HAZAN, and JONATHAN BLOCK,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§  07-CV-4633 (JGK)<br>§<br>§<br>§<br>§  **ORDER FOR ADMISSION**<br>§  **PRO HAC VICE**<br>§  **ON WRITTEN MOTION** |

Upon the motion of Nelson A. Boxer, attorney for Defendants SunTrust Capital Markets, Inc., Amit Hazan, and Jonathan Block, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>   Judson Graves
>   Alston & Bird, LLP
>   One Atlantic Center
>   1201 West Peachtree Street
>   Atlanta, GA 30309
>   Tel. (404) 881-7000
>   Fax (404) 881-7777
>   Jud.graves@alston.com

is admitted to practice *pro hac vice* as counsel for defendants SunTrust Capital Markets, Inc., Amit Hazan, and Jonathan Block, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

  This 22nd day of June, 2007.

>   _____
>   Honorable John G. Koeltl
>   United States District Judge

LEGAL02/30411232v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT P. "SKIP" CUMMINS, | § § | |
| Plaintiff, | § § | |
| vs. | § § | 07-CV-4633 (JGK) |
| SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK, | § § § § § | |
| Defendants. | § § | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing Pro Hac Vice Motion by First Class Mail to all counsel of record:

>Julius Glickman, Esq.
>Ashton Bachynsky, Esq.
>GLICKMAN & HUGHES, LLP
>909 Fannin, Suite 3800
>Houston, TX 77010

>Alan Heblack
>SNITOW KANFER HOLTZER
>   & MILLUS, LLP
>575 Lexington Avenue
>New York, NY 10022-6102

This 22nd day of June, 2007.

_____
Audrey C. Jackson