SCANNED

GLICKMAN & HUGHES, L.L.P.
909 Fannin, Suite 3800
Houston, Texas 77010
(713) 658-1122
Julius Glickman
(Texas State Bar No. 08030000)
Ashton Bachynsky
(Texas State Bar No. 24001673)

Attorneys for Plaintiff
Robert P. "Skip" Cummins

SNITOW KANFER
HOLTZER & MILLUS, LLP
575 Lexington Avenue, 14th Floor
New York, New York 10022
(212) 317-8500
Alan Heblack (AH 1219)

Attorneys for Plaintiff
Robert P. "Skip" Cummins

THIS DOCUMENT FILED ELECTRONICALLY

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT P. "SKIP" CUMMINS,

           Plaintiff,

- against -

SUNTRUST CAPITAL MARKETS, INC.,
AMIT HAZAN, AND JONATHAN BLOCK,

           Defendants.
-----------------------------------------------------------x

Case No. 07 CV 4633
(JGK) (JCF)

**NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE***

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2007

PLEASE TAKE NOTICE that upon the annexed Affidavit of Alan Heblack, Esq., sworn to on June 8, 2007, the Affidavit of Julius Glickman, Esq., sworn to on May 30, 2001 and the exhibits annexed thereto, a motion will be made by the undersigned pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York before Judge John G. Koeltl, Room 1030, United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a date and time to be set by this Court for an order of admission permitting Julius Glickman, Esq. to appear in this action *pro hac vice* and to act as lead counsel

on behalf of plaintiff Robert P. "Skip" Cummins and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      June 11, 2007

                SNITOW KANFER
                HOLTZER & MILLUS, LLP

By: _____
      Alan Heblack (AH 1219)

575 Lexington Avenue, 14th Floor
New York, New York 10022
(212) 317-8500

    -and-

GLICKMAN & HUGHES, L.L.P.

909 Fannin, Suite 3800
Houston, Texas 77010
(713) 658-1122

Julius Glickman
(Texas State Bar No. 08030000)

Ashton Bachynsky
(Texas State Bar No. 24001673)

Attorneys for Plaintiff
Robert P. "Skip" Cummins

TO:    Suntrust Capital Markets, Inc.
        c/o CT Corporation
        111 Eighth Avenue
        New York, New York 10011

        Amit Hazan
        c/o CIBC World Markets
        300 Madison Avenue
        New York, New York 10017

        Jonathan Block
        c/o Sun Trust Robinson Humphrey
        711 Fifth Avenue
        New York, New York 10022