UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT P. "SKIP" CUMMINS, §
§
Plaintiff, §
§
vs. § 07-CV-4633 (JGK)
§
SUNTRUST CAPITAL MARKETS, INC., §
AMIT HAZAN, and JONATHAN BLOCK, § **ORDER FOR ADMISSION**
§ **PRO HAC VICE**
Defendants. § **ON WRITTEN MOTION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2007

Upon the motion of Nelson A. Boxer, attorney for Defendants SunTrust Capital Markets, Inc., Amit Hazan, and Jonathan Block, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Judson Graves
>Alston & Bird, LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309
>Tel. (404) 881-7000
>Fax (404) 881-7777
>Jud.graves@alston.com

is admitted to practice *pro hac vice* as counsel for defendants SunTrust Capital Markets, Inc., Amit Hazan, and Jonathan Block, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

This 22nd ~~day of~~ June, 2007.
July 10

_____
Honorable John G. Koeltl
United States District Judge

LEGAL02/30411232v1