# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS,<br><br>Plaintiff,<br><br>vs.<br><br>SUNTRUST CAPITAL MARKETS, INC.,<br>AMIT HAZAN, and JONATHAN BLOCK,<br><br>Defendants. | Case No. 07 CV 4633 (JGK)<br><br>JURY DEMAND |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | New Parties shall be joined by: | October 31, 2007 |
| 2. | Merits Discovery shall be completed by: | 270 days after the date of the filing of Defendants' Proposed Schedule |
| 3. | Plaintiff shall file any amendment to pleadings without leave of Court by: | 30 days after the close of Merits Discovery |
| 4. | Defendants shall file any amendment to pleadings without leave of Court by: | 60 days after the close of Merits Discovery |
| 5. | Expert Witnesses for Plaintiff shall be designated and a report furnished by: | 30 days after the close of Merits Discovery |
| 6. | Expert Witnesses for Defendants shall be designated and a report furnished by: | 60 days after the due date for Plaintiffs' designation of Expert Witnesses |
| 7. | Rebuttal Experts for Plaintiff shall be designated and a report furnished by: | 30 days after the dute date for the designation of Defendants' Expert Witnesses |
| 8. | Expert Discovery shall be completed by: | 30 days after the due date for Plaintiffs' designation of Rebuttal Experts |
| 9. | Dispositive motions must be filed by: | 30 days after the completion of Expert Discovery |

LEGAL02/30464667v1

- 2 -

10. All other pretrial motions (including *Daubert* motions, but not including motions in limine) will be filed by:     <u>45 days after dispositive motions are decided</u>

11. Joint Pretrial Order shall be filed by:     <u>45 days after dispositive motions are decided</u>

SO ORDERED this ____ day of _____, 2007.

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Respectfully submitted
this 27th day of July, 2007 by:

ALSTON & BIRD LLP

<u>s/ Robert R. Long</u>
Judson Graves
Georgia Bar No. 305700
Robert R. Long
Georgia Bar No. 141546
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel. (404) 881-7000
Fax (404) 881-7777

-and-

Nelson A. Boxer (NB 2762)
90 Park Avenue
New York, New York 10016
Tel. (212) 210-9400
Fax (212) 210-9444

*Attorneys for Defendants*