# EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS § <br> § <br> Plaintiff § <br> § <br> -Against- § <br> § <br> § <br> § <br> SUNTRUST CAPITAL MARKETS, INC., § <br> AMIT HAZAN, AND JONATHAN BLOCK § <br> § <br> Defendants § | Case Number: 07 CV 4633 (JGK) <br> _____ <br><br> JURY DEMAND |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

The following schedule shall govern the disposition of this case:

| | | |
|---|---|---|
| 1. | New Parties shall be joined by: | October 31, 2007 |
| 2. | Discovery shall be completed by: | 270 days from the date of the filing of the Proposed Schedule. |
| 3. | Plaintiff shall file any amendment to pleadings without leave of Court by: | 60 days prior to the close of Discovery |
| 4. | Defendants shall file any amendment to pleadings without leave of Court by: | 40 days prior to the close of Discovery |
| 5. | Expert Witnesses for Plaintiff shall be designated and a report furnished by: | 90 days prior to the close of Discovery |
| 6. | Expert Witnesses for Defendants shall be designated and a report furnished by: | 30 days after Plaintiffs' Expert Witnesses are designated |
| 7. | Rebuttal Experts for Plaintiff shall be designated and a report furnished by: | 30 days after Defendants' Expert Witnesses are designated |

8.  Dispositive motions must be filed by:            20 days after the close of discovery

9.  All other pretrial motions (including *Daubert* motions, but not including motions in limine) will be filed by:            20 days after the close of discovery

10. Joint Pretrial Order shall be filed by:          30 days after the close of discovery

Signed this ___ day of _____, 2007.

                                        _____
                                        Honorable John G. Koeltl
                                        United States District Judge

Respectfully submitted this
26th day of July, 2007,

/s/ Ashton Bachynsky
Julius Glickman (JG 2972)
Ashton Bachynsky (AB 7998)
GLICKMAN & HUGHES, L.L.P.
909 Fannin, Suite 3800
Houston, Texas 77010
713.658.1122
713.658.0925 - FAX

-and-

Alan Heblack (AH 1219)
SNITOW KANFER HOLTZER & MILLUS
575 Lexington Avenue
New York, NY 10022-6102
212.317.8500
212.317.1308 - FAX

ATTORNEYS FOR PLAINTIFF