Jul-27-2007 03:27 From-ALSTON AND BIRD LLP 4048817777 T-955 P.011/012 F-510
Case 1:07-cv-04633-JGK-JCF   Document 20   Filed 08/02/2007   Page 1 of 2
Case 1:07-cv-04633-JGK   Document 19-3   Filed 07/27/2007   Page 2 of 3

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT P. "SKIP" CUMMINS §
§
Plaintiff §
§   Case Number: 07 CV 4633 (JGK)
-Against- §
§
§   JURY DEMAND
§
SUNTRUST CAPITAL MARKETS, INC., §
AMIT HAZAN, AND JONATHAN BLOCK §
§
Defendants §

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

The following schedule shall govern the disposition of this case:

1. *Except for good cause shown,* New Parties shall be joined by: — October 31, 2007

2. *All* Discovery *including of expert discovery* shall be completed by: — ~~270 days from the date of the filing of the Proposed Schedule.~~ August 1, 2008

3. *Except for good cause shown,* Plaintiff shall file any amendment to pleadings without leave of Court by: — ~~60 days prior to the close~~ of Discovery — January 4, 2008

4. *Except for good cause shown,* Defendants shall file any amendment to pleadings without leave of Court by: — ~~40 days prior to the close~~ of Discovery — January 25, 2008

5. Expert Witnesses for Plaintiff shall be designated and a report furnished by: — 90 days prior to the close of Discovery

6. Expert Witnesses for Defendants shall be designated and a report furnished by: — 30 days after Plaintiffs' Expert Witnesses are designated

7. Rebuttal Experts for Plaintiff shall be designated and a report furnished by: — 30 days after Defendants' Expert Witnesses are designated

Jul-27-2007 From-ASTON AND BIRD LLP  404 881 7777  T-955  P.012/012  F-510
Case 1:07-cv-04633-JGK-JCF    Document 20    Filed 08/02/2007    Page 2 of 2
Case 1:07-cv-04633-JGK    Document 19-3    Filed 07/27/2007    Page 3 of 3

8. Dispositive motions must be filed by: ~~20 days after the close of discovery~~ September 5, 2008

9. All other pretrial motions (including *Daubert* motions, but not including motions in limine) will be filed by: 30 days after decision of any dispositive motion or ~~20 days after the close of discovery~~

10. Joint Pretrial Order shall be filed by: ~~30 days after the close of discovery~~ 9/26/08, whichever is later.

Signed this ___ day of _____, 2007.

_____
Honorable John G. Koeltl
United States District Judge

11. The parties shall be ready for trial on 48 hours notice on 10/17/08, or 6 weeks after decision on any dispositive motion, whichever is later.

So Ordered

8/1/07   /s/ JG Koeltl
         U.S.D.J.

Respectfully submitted this
26th day of July, 2007,

/s/ Ashton Bachynsky
Julius Glickman (JG 2972)
Ashton Bachynsky (AB 7998)
GLICKMAN & HUGHES, L.L.P.
909 Fannin, Suite 3800
Houston, Texas 77010
713.658.1122
713.658.0925 - FAX

-and-

Alan Heblack (AH 1219)
SNITOW KANFER HOLTZER & MILLUS
575 Lexington Avenue
New York, NY 10022-6102
212.317.8500
212.317.1308 - FAX

ATTORNEYS FOR PLAINTIFF