UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS,<br><br>Plaintiff,<br><br>-Against-<br><br>SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK,<br><br>Defendants. | § § § § § § § § § § § §    Case No. 07 CV 4633 (JGK)<br><br>JURY DEMAND |

## DEFENDANTS' NOTICE OF SUBPOENA OF NON-PARTY DOCUMENTS TO CYBERONICS, INC.

Please take notice that Defendants SunTrust Capital Markets, Inc. (now SunTrust Robinson Humphrey, Inc.), Amit Hazan, and Jonathan Block intend to subpoena from non-party Cyberonics, Inc. documents related to this action, to be produced no later than 30 days after service of the forthcoming subpoena, at 10370 Richmond Avenue, Suite 1400, Houston, Texas 77042.  Copies of Defendants' subpoena have been forwarded to counsel of record for Plaintiff Robert P. "Skip" Cummins via certified mail, return receipt requested.

Respectfully submitted,

/s/ Robert R. Long

JUDSON GRAVES
Georgia Bar No. 305700
ROBERT R. LONG
Georgia Bar No. 141546

LEGAL02/30584917v1

- 2 -

        ALSTON & BIRD LLP
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Phone: (404) 881-7000
        Fax: (404) 881-7777

            -and-

        NELSON BOXER (NB2762)
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, NY 10016
        Phone: (212) 210-9400
        Fax: (212) 210-9444

        *Counsel for Defendants*

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS,<br><br>Plaintiff,<br><br>-Against-<br><br>SUNTRUST CAPITAL MARKETS, INC.,<br>AMIT HAZAN, and JONATHAN BLOCK,<br><br>Defendants. | Case No. 07 CV 4633 (JGK)<br>_____<br><br>JURY DEMAND |

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of **DEFENDANTS' NOTICE OF SUBPOENA OF NON-PARTY DOCUMENTS TO CYBERONICS, INC.** has been served upon the following counsel of record via certified mail, return receipt requested, and addressed as follows:

>Julius Glickman
>Ashton Bachynsky
>GLICKMAN & HUGHES, LLP
>909 Fannin, Suite 3800
>Houston, TX 77010
>
>Alan Heblack
>SNITOW KANFER HOLTZER & MILLUS, LLP
>575 Lexington Avenue
>New York, NY 10022-6102

This 31st day of October, 2007

/s/ Robert R. Long

_____
ROBERT R. LONG
Georgia Bar No. 141546

- 3 -

LEGAL02/30584917v1

- 4 -

                                        ALSTON & BIRD LLP
                                        One Atlantic Center
                                        1201 West Peachtree Street
                                        Atlanta, GA, 30309-3424
                                        Tel: (404) 881-7000
                                        Fax: (404) 881-7777

- 4 -