UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT P. CUMMINS,

                     Plaintiff,

– against –

SUNTRUST CAPITAL MARKETS, INC., et al.,

                     Defendant.
------------------------------------------------------------ X
JOHN G. KOELTL, District Judge:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

07 Civ. 4633 ( JGK )( JCF )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**_X_** Specific Non-Dispositive Motion/Dispute:*

<u>Plaintiff's letter dated July 28, 2008.</u>

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: \_\_\_\_

**SO ORDERED.**

DATED:    New York, New York
             July 28, 2008

                                              _/s/ G. Koeltl_
                                          **John G. Koeltl**
                                          United States District Judge

\* Do not check if already referred for general pretrial.