UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS,<br><br>           Plaintiff,<br><br>vs.<br><br>SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK,<br><br>           Defendants. | Case No. 07 CV 4633 (JGK)<br><br>JURY DEMAND |

*Pursuant to the Agreed Amended Protective Order in this Case, the Exhibits are Withheld as Confidential*