UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS, § § § Plaintiff, § § vs. § § SUNTRUST CAPITAL MARKETS, § INC., AMIT HAZAN, and JONATHAN § BLOCK, § § Defendants. § | Case No. 07 CV 4633 (JGK) JURY DEMAND |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants SunTrust Capital Markets, Inc., Amit Hazan, and Jonathan Block (hereinafter "SunTrust") respectfully move this Court for Summary Judgment on all claims of Plaintiff Robert P. Cummins ("Cummins"), and ask that this Court dismiss Cummins' Complaint, with prejudice, in its entirety.

As set forth more fully in the Affidavits attached to this Motion, SunTrust's Memorandum of Law in Support of the Motion for Summary Judgment (the "Memorandum") and Statement of Material Facts, SunTrust demonstrates that the allegedly defamatory statements at issue in this case: (1) were largely not "of and concerning" Cummins; (2) were true; (3) were protected statements of opinion; (4) were non-defamatory; (5) were not made with any degree of fault by SunTrust; and (6) caused no damage to Cummins. Accordingly, Cummins cannot raise genuine issues of material fact concerning his claims, and thus SunTrust is entitled to judgment as a matter of law. For these reasons, and for those set forth in the accompanying Affidavits, Memorandum,

and Statement of Material Facts, SunTrust respectfully requests that this Court grant SunTrust's Motion for Summary Judgment.

Respectfully submitted this 10th day of September, 2008.

/s/ Judson Graves

JUDSON GRAVES
Georgia Bar No. 305700
ROBERT R. LONG
Georgia Bar No. 141546
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777

-and-

NELSON BOXER (NB2762)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. "SKIP" CUMMINS,<br><br>Plaintiff,<br><br>vs.<br><br>SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, and JONATHAN BLOCK,<br><br>Defendants. | Case No. 07 CV 4633 (JGK)<br><br>JURY DEMAND |

### CERTIFICATE OF SERVICE

I hereby certify that on this day an unredacted copy of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, BRIEF AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DEFENDANTS' STATEMENT OF MATERIAL FACTS** have been served upon the following counsel of record via e-mail and via UPS overnight delivery addressed as follows:

Julius Glickman
Ashton Bachynsky
GLICKMAN & HUGHES, LLP
909 Fannin Street, Suite 3800
Houston, TX 77010

Alan Heblack
SNITOW KANFER HOLTZER & MILLUS, LLP
575 Lexington Avenue
New York, NY 10022-6102

LEGAL02/30940501v1

This 10th day of September, 2008.

/s/ Judson Graves

JUDSON GRAVES
Georgia Bar No. 305700

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA, 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777