THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT P. "SKIP" CUMMINS | § § § | |
| Plaintiff | § § | Case Number: 07 CV 4633 (JGK) |
| -Against- | § § § | _____ |
| | § § | JURY DEMAND |
| SUNTRUST CAPITAL MARKETS, INC., AMIT HAZAN, AND JONATHAN BLOCK | § § § § | |
| Defendants | § | |

### ORDER

The Court has considered Plaintiff Robert P. "Skip" Cummins Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment because of Hurricane Ike and finds that it should be GRANTED. IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Answering Memoranda and Opposing Affidavits regarding Motions for Summary Judgment shall be filed by: **October 24, 2008**

2. Defendants' Reply Memoranda and Affidavits regarding Motions for Summary Judgment filed by: **November 7, 2008**

So Ordered.

_____9/24/08_____          _____[signature]_____
Date                          United States District Judge
                              John G. Koeltl

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-08